November 10, 2011



# JUDGMENT

## The Fourteenth Court of Appeals

EFREM SEWELL, THOMAS MEEKS, JOSEPH GUILLORY, MILO SHEPARD, TONY THOMAS, DERRICK LEWIS AND RON BROUSSARD, Appellants

NO. 14-11-00772-CV                 V.

HARDRIDERS, INC., Appellee

_____

Today the Court heard its own motion to dismiss the appeal from the order signed by the court below on August 29, 2011. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by EFREM SEWELL, THOMAS MEEKS, JOSEPH GUILLORY, MILO SHEPARD, TONY THOMAS, DERRICK LEWIS AND RON BROUSSARD, JOINT AND SEVERALLY.

We further order this decision certified below for observance.